| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arcara, Richard J | U.S. District Court W.D.N.Y. | 05/04/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. District Jjdge | ○ Nomination, Date <br> ○ Initial ◉ Annual ○ Final | 01/01/2004 <br> to <br> 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 68 Court Street, Room 609 <br> Buffalo, New York 14202 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 11 10 40 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | AAA Western and Central New York Board Member |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Arcara, Richard J | 05/04/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOU CE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. United Mileage Plus Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. I. Leg Mason SEP | | | | | | | | | |
| 2. Prudential Int'l Value Cl.A | A | Dividend | | | sold | 10/18 | K | | |
| 3. Goldman Sachs Cl.C | | None | J | T | | | | | |
| 4. Idex Ser. Fund JCC | | None | J | T | | | | | |
| 5. Legg Mason Equity-Opp | A | Dividend | K | T | | | | | |
| 6. Aim Basic Value Fd C | | None | J | T | | | | | |
| 7. Aim Premier Equity Fund | | None | J | T | | | | | |
| 8. Legg Mason Equity-Sp. | A | Dividend | J | T | | | | | |
| 9. Royce Fund - PA | A | Dividend | K | T | | | | | |
| 10. Legg Mason Equity Value | A | Dividend | K | T | | | | | |
| 11. Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 12. Dryden High Yield Fund | A | Dividend | | | sold | 10/13 | K | C | |
| 13. Eaton Vance High Income | A | Dividend | J | T | | | | | |
| 14. Idex Ser. Fund-Salomon | | None | J | T | | | | | |
| 15. Prudential Jennison Growth | | None | K | T | | | | | |
| 16. Nuveon | A | Dividend | J | T | | | | | |
| 17. Euor Pacific Growth Cl.A | A | Dividend | J | T | buy | 10/21 | J | | |
| 18. Goldman Sachs HY Cl.A | C | Dividend | K | T | buy | 10/18 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Templeton Growth Cl.A | A | Dividend | J | T | buy | 10/21 | J | | |
| 20. II. Legg Mason IRA | | | | | | | | | |
| 21. Alliance Premier Cl.A | | None | J | T | | | | | |
| 22. Lord Abbott Cl.A | A | Dividend | J | T | | | | | |
| 23. Aim Premier Equity Fund | | None | J | T | | | | | |
| 24. New Perspective Fund Cl.A | A | Dividend | J | T | | | | | |
| 25. Royce Funds Micro Cap | A | Dividend | | | sold | 10/26 | J | | |
| 26. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 27. Fidelity Advisor | A | Dividend | J | T | | | | | |
| 28. Royce Fund -PA | A | Dividend | J | T | buy | 10/26 | J | | |
| 29. Royce Fund - Total Return | A | Dividend | J | T | buy | 10/26 | J | | |
| 30. III. Legg Mason | | | | | | | | | |
| 31. Franklin Resources | A | Dividend | J | T | | | | | |
| 32. Sector Sp Dr. | A | Dividend | J | T | | | | | |
| 33. Boeing | A | Dividend | J | T | | | | | |
| 34. Cisco Systems | A | Dividend | J | T | | | | | |
| 35. AOL Time Warner | | None | J | T | | | | | |
| 36. EI DuPont | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Guidant Corp. | A | Dividend | J | T | | | | | |
| 38. Home Depot | A | Dividend | J | T | | | | | |
| 39. KeyCorp New | A | Dividend | K | T | | | | | |
| 40. Lucent Technologies | | None | J | T | | | | | |
| 41. Nokia Corp. | A | Dividend | J | T | | | | | |
| 42. Legg Mason Cash Reserve | A | Dividend | J | T | | | | | |
| 43. Liberty Media Corp. | | None | J | T | | | | | |
| 44. Sun Microsystems | | None | J | T | | | | | |
| 45. Eastman Kodak | A | Dividend | J | T | | | | | |
| 46. RMK High Income | B | Dividend | J | T | | | | | |
| 47. Liberty Media Intl Inc. | | None | | | buy | 7/29 | J | | |
| 48. Liberty Media Intl Inc. | | None | | | sold | 8/2 | J | A | |
| 49. IV. Keybank (less than $200) | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Arcara, Richard J | 05/04/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date _May 5, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544